IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL MUEHL,

        Plaintiff,                                      ORDER

   v.                                                    09-cv-16-bbc

BELINDA SCHRUBBE, MARY SLINGER,
FRANK JENNINGS, GAIL WALTZ and
CHARLENE REITZ,

        Defendants.

---

    In this case plaintiff is proceeding on his claims that defendants Schrubbe, Slinger, Reitz and Jennings failed to provide him with appropriate care for a MRSA infection and that defendants Reitz, Waltz and Schrubbe failed to provide him with appropriate care for his wounds after he cut himself. Now before the court is plaintiff's motion compel defendants to respond to his request for production of documents.

    Plaintiff requests that defendants provide each and every name of inmates quarantined by the Health Services Unit in the North Cell Hall on Lower A wing during October 22, 2207 through October 30, 2007 and the cells in which they were housed. Defendants object to producing this information because the medical information about inmates is confidential and cannot be released without proper medical authorization.

    Plaintiff contends that he is not requesting medical information but that he is requesting the names of the inmates. However, releasing the names of the inmates reveals their medical

information because they were quarantined because of a medical condition. The names of these individuals need not be produced to defendant. Therefore, plaintiff's motion to compel discovery will be denied.

ORDER

IT IS ORDERED that plaintiff's motion to compel discovery, dkt. #43, is DENIED.

Entered this 7th day of July, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge