IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL MUEHL,

    Plaintiff,

                            JUDGMENT IN A CIVIL CASE

v.                                  Case No. 09-cv-16-bbc

BELINDA SCHRUBBE, MARY SLINGER,
FRAN JENNINGS, GAIL WALTZ
and CHARLENE REITZ,

    Defendants.

This action came before the court and a jury with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

Approved as to form this 30th day of March, 2010.

_____
BARBARA B. CRABB,
DISTRICT JUDGE

_____      3/31/10
Peter Oppeneer, Clerk of Court      Date